In the Matter of the Claim of KHAWAR MAQSOOD, Appellant, v McROBERTS PROTECTIVE AGENCY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted March 21, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.